**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ENCHANT CHRISTMAS, LLC,

        Plaintiff,

    v.

SMALL BUSINESS ADMINISTRATION, and
ISABELLA CASILLAS GUZMAN,
Administrator, Small Business Administration,

        Defendants.

Civil Action No. 1:21-02354-TSC

---

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the Plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 9, 2021

Attorney of Record

/s/ Caroline L. Wolverton
Angela B. Styles
D.C. Bar No. 448397
Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000

*Counsel for Plaintiff Enchant Christmas, LLC*