IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENCHANT CHRISTMAS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS ADMINISTRATION, and<br>ISABELLA CASILLAS GUZMAN,<br>Administrator, Small Business Administration,<br><br>　　　　　　　Defendants. | Civil Action No. 1:21-cv-02354-TSC<br><br>Judge Tanya S. Chutkan |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Enchant Christmas, LLC, and Defendants Small Business Administration ("SBA") and Isabella Casillas Guzman, Administrator of the SBA, stipulate to the dismissal with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: November 4, 2021

Respectfully submitted,

/s/ Caroline L. Wolverton
Angela B. Styles
D.C. Bar No. 448397
Caroline L. Wolverton
D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000

*Counsel for Plaintiff Enchant Christmas, LLC*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendants*